UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUST FUTURES LAW, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    *Defendant*. | Civ. A. No. 25-2207 (SLS) |

**DEFENDANT'S MOTION TO STAY**

Defendant U.S. Immigration and Customs Enforcement ("ICE") respectfully moves for a stay of this Freedom of Information Act ("FOIA") case and further processing of the FOIA request at issue. Defendant seeks this relief due to the lapse of appropriations at the Department of Homeland Security (the "Department"), of which ICE is a sub-agency. Pursuant to Local Rule 7(m), counsel for Defendant conferred with counsel for Plaintiffs, which does not take any position as to the relief requested. The grounds for this motion are as follows.

This Freedom of Information Act ("FOIA") matter concerns Plaintiffs' request "seeking records of pending and active 287(g) program agreements in Georgia from May 1, 2024, through the present." Compl. ¶ 19, ECF No. 1. As reported in the parties' last Joint Status Report, ICE made its final release on January 6, 2026, and on January 23, 2026, Plaintiffs provided Defendant with a letter detailing their issues with ICE's search. Jt. Status Rpt., ECF No. 16. ICE indicated it would respond to Plaintiffs' letter within 45 days. *Id.*

On February 9, 2026, the Court ordered the parties to "meet and confer within the next forty-five days and to file a joint status report by April 13, 2026." Feb. 9, 2026, Min. Order. The

Court noted that "[t]he status report should confirm that the Parties have resolved their disputes or detail the disputes that remain to be resolved." *Id.*

Defendant ICE is currently experiencing a lapse in appropriations. During this time, ICE personnel assigned to this matter, including ICE counsel, are not furloughed but are prohibited from working on this case, and the ICE FOIA Office is furloughed and unable to continue processing the request. Once appropriations are restored, ICE will resume work on this matter.

In this light, Defendant respectfully requests a stay of this matter and the opportunity to file a status report seven days after appropriations are restored. The requested stay will affect any review of Plaintiffs' January 23, 2026, letter, any further searches or processing of the FOIA request at issue here, and the next Court-ordered deadline to meet and confer within forty-five days of February 9, 2026, and to file a Joint Status Report on April 13, 2026, Feb. 9, 2026. Min. Order. This disruption to the deadlines is, however, unavoidable for the reasons set forth above.

Therefore, the Government hereby moves for a stay of this matter and any further searches, processing, and production of the FOIA request at issue, as well as the deadlines for filing Defendant's status reports until appropriations to the Department are restored. Defendant proposes that it file a status report within seven days of appropriations being restored.

*   *   *

A proposed order accompanies this motion.

Dated: February 19, 2026            Respectfully submitted,
      Washington, DC

JEANINE FERRIS PIRRO
United States Attorney


By:     */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
Erika.oblea@usdoj.gov

*Attorneys for the United States of America*