UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUST FUTURES LAW, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>   *Defendant*. | Civ. A. No. 25-2207 (SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of defendant's motion for a stay, and the entire record, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that this matter is hereby STAYED pending further order of the Court; and it is further

ORDERED that the parties shall file a joint status report within seven days of appropriations being restored to the Department of Homeland Security.

SO ORDERED:

_____               _____

Dated                                                                    SPARKLE S. SOOKNANAN
                                                                             United States District Judge