UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUST FUTURES LAW, *et al.*,

      *Plaintiffs*,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      *Defendant*.

Civ. A. No. 25-2207 (SLS)

## JOINT STATUS REPORT

Pursuant to the Court's April 20, 2026, Minute Order, Plaintiffs Just Futures Law and Project South: Institute for the Elimination of Poverty and Genocide and Defendant Immigration and Customs Enforcement ("ICE"), by and through the undersigned counsel, respectfully file this Joint Status Report in this Freedom of Information Act ("FOIA") matter regarding Plaintiff's request "seeking records of pending and active 287(g) program agreements in Georgia from May 1, 2024, through the present." Compl. ¶ 19, ECF No. 1.

As previously reported, ICE made its final release on January 6, 2026. On January 23, 2026, Plaintiffs provided Defendant with a letter detailing their issues with ICE's search. The Department of Homeland Security (the "Department"), of which ICE is a subagency thereafter experienced a lapse in appropriations. The Court stayed the case but then ordered the parties to file another status report after ICE reported its FOIA office had returned to work. April 20, 2026, Min. Order.

Defendant responded to Plaintiff's letter on May 12, 2026. ICE indicated it discovered an unintentional error when uploading the responsive records to ICE's processing platform,

SecureRelease, and the majority of the records were never uploaded. ICE FOIA has since remedied this error and has begun processing the remainder of the production (7,481 pages). ICE made a supplemental release of nonexempt portions of responsive records on June 1, 2026.

Although Defendant previously reported it would complete any supplemental releases by June 1, 2026, ICE will now process the records on a rolling basis considering the number of potentially responsive pages left to process. The Department expects to process 750 pages per month and expects to make its next release of nonexempt portions of responsive records on or before July 1, 2026. The parties thereafter expect to meet and confer to determine what issues remain for this litigation and determine whether any of these issues can be narrowed or eliminated.

Given these updates, the parties believe that summary judgment briefing and the filing of a *Vaughn* Index are premature. The parties propose that they file their next Joint Status Report on or before August 7, 2026, to report on the status of this matter.

Dated: June 8, 2026

Respectfully submitted,

/s/ *Sejal Zota*
Sejal Zota (D.C. Bar No. NC020)
Laura Rivera
Just Futures Law
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6390
sejal@justfutureslaw.org
laura@justfutureslaw.org

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Erika Oblea*
    ERIKA OBLEA, D.C. Bar #1034393
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2529
    tabitha.bartholomew@usdoj.gov

*Attorneys for the United States of America*

2